# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GOODSPEED,<br><br>                Plaintiff,<br><br>vs.<br><br>HENDERSON POLICE DEPARTMENT,<br><br>                Defendant. | Case No. 2:09-cv-02434-JCM-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

Plaintiff Eric Goodspeed is proceeding in this action *pro se*. Plaintiff filed an Application to Proceed *In Forma Pauperis* and submitted a Complaint on November 10, 2009. See Dkt. #1. District Judge Mahan entered an Order (Dkt. #2) denying Plaintiff's Application to Proceed *In Forma Pauperis* and required Plaintiff to file a new application or pay the $350 filing fee on or before March 20, 2010. Plaintiff has not complied with District Judge Mahan's Order (Dkt. #2) or requested additional time in which to comply.

Accordingly,

**IT IS RECOMMENDED** that this action be DISMISSED without prejudice to the Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

Dated this 31st day of March, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within ten days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within ten (10) days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.