UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC GOODSPEED,

        Plaintiff,

v.

HENDERSON POLICE DEPARTMENT,

        Defendant.

2:09-CV-2434 JCM (PAL)

**ORDER**

Presently before the court are the report and recommendation of United States Magistrate Judge Peggy A. Leen (Doc. #3), filed on April 2, 2010.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

On October 7, 2008, the court entered an order (Doc. #2) denying plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #1). The court further ordered plaintiff to either file a new completed application to proceed *in forma pauperis* on the form provided by the clerk of the court or pay the filing fee of $350 in full. To date, plaintiff has not submitted a completed application to proceed *in forma pauperis* or paid the filing fee.

Upon review of the magistrate judge's findings and recommendations (Doc. #3) and there being no objections filed,

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and
2  recommendation of United States Magistrate Judge Peggy A. Leen's (Doc. #3) is AFFIRMED in its
3  entirety. The instant action is hereby DISMISSED without prejudice.
4  DATED May 6, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -